Rose Ruckert, as Administratrix of the Estate of Jacob Ruckert, Deceased, Respondent, *v.* The City of New York, Appellant.

*Ruckert* v. *City of New York*, 121 App. Div. 898, affirmed.
(Argued December 13, 1907; decided January 7, 1908.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 13, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*Francis K. Pendleton, Corporation Counsel (James D. Bell* of counsel), for appellant.

*Thomas J. O'Neill* and *J. Brownson Ker* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Edward T. Bartlett, Haight, Werner, Willard Bartlett and Hiscock, JJ.

---

Albert J. Wheeler, as Receiver of the German Bank, Respondent, *v.* John A. Kessel, Appellant.

*Wheeler* v. *Kessel*, 121 App. Div. 894, affirmed.
(Argued December 13, 1907; decided January 7, 1908.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 15, 1907, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover on a promissory note.

*Paul J. Batt* and *V. H. Riordan* for appellant.

*James O. Moore* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Werner, Willard Bartlett and Hiscock, JJ. Not voting: Edward T. Bartlett, J. Taking no part: Haight, J.